■ MARIA T. SCHMITT, Appellant, v. GEORGE W. SCHMITT, Respondent.— In an action by a wife for separation on the grounds of cruelty and nonsupport, a counterclaim for separation on the ground of abandonment was interposed. The appeal is from an order which on reargument awarded plaintiff a counsel fee of only $500 and referred to the trial court for disposition her application for alimony *pendente lite*. Order modified by inserting between the first and second ordering paragraphs a new paragraph to the effect that a counsel fee

838

is awarded to plaintiff, the amount of which is to be fixed by the trial court, and by striking from the present second ordering paragraph the words and figures "counsel fee in the sum of $500.00 be and the same is hereby awarded to plaintiff" and by substituting therefor the words and figures "in the meantime defendant advance the sum of $500.00 to plaintiff on account of any counsel fee to be so fixed". As so modified, order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur. [See post, p. 919.]